# EXHIBIT D

Allen & Overy LLP
1221 Avenue of the Americas
New York  NY  10020

Tel        212 610 6300
Fax        212 610 6399
Direct line  212 610 6479
joseph.stefano@allenovery.com

CH Acquisitions 2, LLC
C/O Crescent Heights
2200 Biscayne Boulevard
Miami, FL 33137
Attn: Michael Sheitelman

Our ref            0081810-0000018 NY:24845690.1

Re:  Boeing 737-7CG, MSN 30751, Reg. N737L

March 5, 2016

Dear Mr. Sheitelman

Reference is made to that certain Aircraft Purchase Agreement, dated January 15, 2016 (the "Purchase Agreement"), among Wells Fargo Bank Northwest, National Association, not in its individual capacity but solely as owner trustee ("Owner Trustee") under that certain Trust Agreement dated September 10, 2007 (the "Trust Agreement"), Aquila Aviation L.P. ("Trustor") as the trustor under the Trust Agreement, CH Acquisitions 2, LLC, and Insured Aircraft Title Services, Inc.  Terms used herein but not otherwise defined shall have the meaning given to them in the Purchase Agreement.

On behalf of the Owner Trustee and the Trustor, I confirm that all of the minor discrepancies which were found during the initial stage of the pre-purchase inspection have now been corrected and notify you that the Aircraft is ready and available for the test flight contemplated by Section 7 of the Purchase Agreement.  The Aircraft is located at the Inspection Facility and the test flight should be scheduled at your earliest convenience in coordination with both the Inspection Facility and Mr. Matthew Ross of Celestial Airways.

Sincerely

*[signature]*

**Joseph Stefano**
Partner

Copy            Daugherty Fowler Peregrin Haught & Jenson
                Insured Aircraft Title Services, and
                Wells Fargo Bank Northwest, NA

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (cooperation office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.