UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CH Acquisitions 2, LLC

                        Plaintiff,

       -against-                                16 **CIVIL** 2030 (RJS)

                                                                             **JUDGMENT**

AQUILA Aviation L.P. & Wells Fargo Bank
Northwest, N.A.,

                        Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 30, 2018, the Court concludes that: (1) CH has failed to prove its breach of contract claim by a preponderance of the evidence; (2) Aquila has proven its breach of contract claim by a preponderance of the evidence; (3) Aquila is entitled to a judgment in the amount of $3,725.000, including the $1,500,000 deposit - $1,499,000 of which is being held by the Court in the Court Registry Investment System (Doc. No. 26), and $1.000 of which is already in Aquila's possession (Doc. No. 25); and (4) Aquila is entitled to its reasonable attorneys' fees. Costs, and expenses incurred in defending this action. Aquila is furthermore entitled to prejudgment interest at the annual rate of 9%, dating from the delivery date of March 18, 2016, on the actual damages collectible from CH of $687,032.88. Aquila shall file its request for attorneys' fees, costs, and expenses no later than April 23, 2018, and CH shall respond by May 14, 2018. Accordingly, the case is closed.

**Dated:** New York, New York
           March 30, 2018

                                                                  **RUBY J. KRAJICK**
                                                                    **Clerk of Court**
                                                     **BY:**

                                                                       **Deputy Clerk**

                                                               THIS DOCUMENT WAS ENTERED
                                                               ON THE DOCKET ON _____